# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TIMOTHY DAVIS, SR                                                                    PLAINTIFF

V.                                    No. 2:22-CV-00009-LPR-JTR

DOES, Arkansas County Detention Center                                              DEFENDANTS

## ORDER

On March 14, 2022, the Court issued an Order noting several deficiencies in the *pro se* § 1983 Complaint filed by Plaintiff Timothy Davis, Sr. ("Davis") and allowed Davis 30 days to file an Amended Complaint providing additional facts to correct the noted deficiencies. *Doc. 5*.

On March 28, 2022, Davis filed an *unsigned* Amended Complaint. *Doc. 6*. Pursuant to Federal Rule of Civil Procedure 11(a), a *pro se* litigant *must sign* every pleading and motion, and a court "must strike an unsigned paper unless the omission is promptly corrected."

Accordingly, Davis will be provided thirty days to sign his Amended Complaint, or it will be stricken from the record.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to mail to Davis a copy of the signature page from his Amended Complaint (*Doc. 6 at 7*).

2.     Davis is ordered to sign the signature page, where indicated, and file it with the Clerk, within thirty days of the date of this Order. If he does not timely and properly comply with these instructions, his Amended Complaint will be stricken from the record, pursuant to Federal Rule of Civil Procedure 11(a).

3.     If Davis's Amended Complaint is stricken, he is reminded that the Court will proceed with screening his Complaint (*Doc. 2*), and, in doing so, *is likely to conclude that his Complaint should be dismissed, without prejudice, for failing to state a claim for relief.*

DATED this 18th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE