UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIMOTHY DAVIS, SR**                                                                                     **PLAINTIFF**

v.                                    Case No. 2:22-CV-00009-LPR

**DOES, Arkansas County Detention Center**                                     **DEFENDANTS**

### ORDER

The Court has received a Recommendation of dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Davis's unsigned Amended Complaint (Doc. 6) is stricken from the record, pursuant to Federal Rule of Civil Procedure 11(a). His Complaint (Doc. 1) is dismissed without prejudice for failure to state a claim. It is recommended that this dismissal be considered a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE