# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TIMOTHY DAVIS, SR**                                                                            **PLAINTIFF**

v.                                    **Case No. 2:22-CV-00009-LPR**

**DOES, Arkansas County Detention Center**                            **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that future courts consider this dismissal a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE